UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS WOODARD, | )<br>) |
| Plaintiff, | ) Case No. 1:05-cv-731<br>) |
| v. | ) Honorable Wendell A. Miles<br>) |
| JACQUELIN HOWIE et al., | )<br>) |
| Defendants. | )<br>) |

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE pursuant to 28 U.S.C. §§ 1915(e) and 1915A because it fails to state a claim upon which relief may be granted and Defendants Jacquelin Howie, Julie Montgomery and Michael Jaconette are immune from damages.

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).

This is a dismissal as described by 28 U.S.C. § 1915(g).

Dated: January 3, 2006         /s/ Wendell A. Miles
                               Wendell A. Miles
                               Senior U.S. District Judge